Steve W. Berman, WSBA #12536
Andrew M. Volk, WSBA #27639
Nick Styant-Browne, WSBA #32551
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101-2609
(206) 623-7292

Honorable Edward F. Shea

(*Additional Counsel on Signature Page*)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

PHILIP LAUE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

STERLING FINANCIAL CORPORATION, STERLING SAVINGS BANK, ROBERT G. BUTTERFIELD, and JOHN/JANE DOES 1-15,

    Defendants.

Civil Action No. CV-10-0018-EFS

CLASS ACTION

**MOTION FOR ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING THE ERISA ACTIONS AND APPOINTING INTERIM CO-LEAD COUNSEL**

[Additional caption on following page]

MOTION FOR ENTRY OF PRETRIAL
ORDER NO. 1 – 1
010158-11 353554 V1



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

| | |
|---|---|
| LYNNE HAMMOND, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STERLING FINANCIAL CORPORATION, WILLIAM L. EISENHART, HAROLD B. GILKEY, KATHERINE K. ANDERSON, ELLEN R.M. BOYER, JAMES P. FUGATE, JAMES B. KEEGAN, ROBERT D. LARRABEE, DONALD J. LUKES, MICHAEL F. REULING, WILLIAM W. ZUPPE, ROBERT G. BUTTERFIELD, and JOHN DOES 1-10,<br><br>    Defendants | Civil Action No. CV-10-0021-EFS |

Pursuant to Fed. R. Civ. P. 23(g) and 42(a), plaintiffs Philip Laue and Lynne Hammond ("Plaintiffs"), through their undersigned counsel, respectfully move this Court for entry of the [Proposed] Pretrial Order No. 1 consolidating the above-captioned actions (the "ERISA Actions") and appointing Interim Co-Lead Counsel (the "Proposed Pretrial Order"). In support of their motion, Plaintiffs state as follows:

Plaintiffs filed their respective complaints against Sterling Financial Corporation and Sterling Savings Bank (collectively, "Sterling"), certain officers and directors of Sterling, as well as other fiduciaries of the Sterling Savings Bank Employee Savings and Investment Plan and Trust (the "Plan") under the Employee

MOTION FOR ENTRY OF PRETRIAL
ORDER NO. 1 – 2
010158-11 353554 V1



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1132.[1] Plaintiffs are not aware of any other ERISA actions, other than those captioned above, arising out of the same operative facts pending in this or any other judicial district.[2]

Plaintiffs filed the ERISA Actions individually and on behalf of a class of all persons who were participants in or beneficiaries of the Plan any time between July 23, 2008 through and including the present, and whose accounts held investments in Sterling common stock. The ERISA Actions similarly allege that defendants breached their fiduciary duties owed to Plaintiffs and other members of the purported class in connection with the Plan's investment in Sterling common stock, including, *inter alia*, by failing to monitor properly Sterling common stock as a Plan retirement investment alternative and failing to advise Plaintiffs and members of the class that Sterling common stock was an imprudent retirement investment alternative, due to, among other things, Sterling's over-exposure to impaired or delinquent commercial real estate and construction loans, and Sterling's failure to record adequate loan loss reserves with respect to such loans.

---

[1] Plaintiffs Philip Laue and Lynne Hammond filed their class action complaints on January 20, 2010, and January 22, 2010, respectively.

[2] A related action was filed in this Court by plaintiff City of Roseville Employees Retirement System on December 11, 2009, 2:09-CV-00368 (EFS). That action, however, does not allege any violations of ERISA, but only violations of the federal securities laws against Sterling and two of its executive officers.

MOTION FOR ENTRY OF PRETRIAL
ORDER NO. 1 – 3
010158-11 353554 V1



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

1  The ERISA Actions seek relief pursuant to Sections 409 and 502(a)(2) and (3)
2  of ERISA, 29 U.S.C. §§ 409 and 1132(a)(2) and (3), on behalf of the Plan, alleging,
3  *inter alia*, that the defendants are responsible for restoring losses sustained by the Plan
4  as a result of the defendants' breaches of their fiduciary duties.

Because the ERISA Actions contain substantially similar allegations and seek substantially similar relief on behalf of the same proposed class of participants in and beneficiaries of the Plan, it is appropriate, in accordance with Rules 23(g) and 42(a) of Federal Rules of Civil Procedure, and the *Manual for Complex Litigation*, *Fourth Edition* (2004), for the Court to enter an Order setting forth procedures for the efficient management of this action, and appointing a Co-Leadership structure of Interim Co-Lead Counsel.

In accordance with the recommendations of Rules 23(g) and 42(a) and the *Manual*, Plaintiffs submit for the Court's consideration a proposed form of Pretrial Order No. 1 which provides for: (1) consolidation of the ERISA Actions and any actions subsequently filed in or transferred to this District; (2) designation of a Master File Docket number; (3) establishment of efficient procedures for the filing and docketing of papers with the Clerk of this Court; (4) appointment of Hagens Berman Sobol Shapiro LLP and Harwood Feffer LLP as Interim Co-Lead Counsel; and (5) a preliminary schedule for these proceedings.

This Motion is based on the enclosed [Proposed] Pretrial Order No. 1, the accompanying Memorandum of Law, Declaration of Steve W. Berman, Declaration of Robert I. Harwood, and all papers and pleadings in the ERISA Actions.



| | |
|---|---|
| 1 | Dated: February 19, 2010 |

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   s/ Steve W. Berman
         Steve W. Berman, WSBA #12536
         Andrew M. Volk, WSBA #27639
         Nick Styant-Browne, WSBA #32551
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
Andrew@hbsslaw.com
nick@hbsslaw.com

HARWOOD FEFFER LLP
Robert I. Harwood
Jeffrey M. Norton
488 Madison Ave., 8th Floor
New York, New York 10022
Telephone: (212) 935-7400

*Proposed Interim Co-Lead Counsel for Plaintiffs*

MOTION FOR ENTRY OF PRETRIAL
ORDER NO. 1 – 5
010158-11 353554 V1



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594

# CERTIFICATE OF SERVICE

On February 19, 2010, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

- **Steve W. Berman**
  steve@hbsslaw.com, heatherw@hbsslaw.com

- **Andrew M. Volk**
  andrew@hbsslaw.com, dawn@hbsslaw.com

- **Dan Drachler**
  ddrachler@zsz.com

Executed this 19th day of February, 2010, in Seattle, Washington.

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   s/ Steve W. Berman
    Steve W. Berman, WSBA #12536

MOTION FOR ENTRY OF PRETRIAL
ORDER NO. 1 – 6
010158-11  353554 V1



1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594