UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE STERLING FINANCIAL CORP. ERISA LITIGATION | No. CV-10-0018-EFS<br><br>**ORDER GRANTING DEFENSE COUNSEL'S MOTION FOR LEAVE TO WITHDRAW AND DENYING OTHER PENDING MOTIONS AS MOOT** |

Before the Court, without oral argument, is D. Ward Kallstrom's Motion for Leave to Withdraw as Counsel for Defendants, ECF No. 101. Mr. Kallstrom, who has been granted leave to appear *pro hac vice* on behalf of Defendants Sterling Financial Corporation, Sterling Savings Bank, Robert Butterfield, and Kathleen Huggins (collectively, "Defendants"), seeks to withdraw from further representation of Defendants pursuant to Local Rule 83.2(d). Defendants will continue to be represented by their other counsel of record, and Mr. Kallstrom represents that this withdrawal will not prejudice or affect any party. Having reviewed the pleadings, the Court finds good cause to permit Mr. Kallstrom to withdraw.

In addition, on March 29, 2013, the Court preliminarily approved the parties' settlement and set a fairness hearing for July 11, 2013. ECF No. 104. In light of that Order, all other pending motions in

this matter are denied as moot, with leave to renew in the event the Court does not grant final approval of the proposed settlement.

Accordingly, **IT IS HEREBY ORDERED:**

1. Mr. Kallstrom's Motion for Leave to Withdraw as Counsel for Defendants, **ECF No. 101**, is **GRANTED.**

2. The Clerk's Office is directed to **TERMINATE** Mr. Kallstrom as counsel of record in this matter.

3. Defendants' Motion to Dismiss Consolidated Amended Complaint, **ECF No. 38**, is **DENIED AS MOOT** with leave to renew.

4. Plaintiffs' Motion for Class Certification, **ECF No. 64**, is **DENIED AS MOOT** with leave to renew.

5. Plaintiffs' Motion for Leave to Amend Consolidated Amended Complaint, **ECF No. 86**, is **DENIED AS MOOT** with leave to renew.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  1st  day of April 2013.

s/ Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge