# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PHILIP LAUE, et al,

*Plaintiff*

v.

STERLING FINANCIAL CORPORATION, et al,

*Defendant*

Civil Action No. CV-10-018-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* Philip Laue and Lynne Hammond recover from the defendant *(name)* Sterling Financial Corporation, et al, the amount of Three million twenty-five thousand in cash dollars ($ 3,025,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Class Counsel is awarded attorneys' fees in the amount of thirty percent (30%) of the common fund established in this Action, specifically $907,500. Plaintiffs are hereby awarded case contribution awards in the amount of $5,000 each and shall be paid pursuant to the timing requirements described in the Stipulation.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Shea on a motion for Final Approval of Proposed Settlement and Plan of Allocation; and Award of Attorney's Fees, Expenses, etc.

Date: July 11, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer